DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:13-CR-419-JAD-(PAL)<br>) |
| GERALD KOKOSZKA, | )<br>) **ORDER** |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND THE TIME FOR THE UNITED STATES TO RESPOND TO THE VERIFIED PETITION OF CALIFORNIA BANK & TRUST (ECF NO. 55) AND ORDER**
(First Request)

The United States of America respectfully moves this Court for an Order extending the time for the United States to respond to the Verified Petition of California Bank & Trust Pursuant to Title 21, United States Code, Section 853(n) (ECF No. 55). The deadline for responding to the Verified Petition is June 28, 2015. The United States requests an extension of time to and including July 28, 2015.

The grounds for extending the time are as follows.

///

Shlomo S. Sherman, counsel for California Bank & Trust, was contacted on June 22, 2015. Sherman agreed to the extension of time on June 23, 2015.

The AUSA assigned to file the response to the Petition for this case has a large case load, has been extremely busy addressing forfeiture within a short time frame in other cases, and has been unable to complete the response. He has some personal matters that must be addressed in the next couple weeks.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, July 28, 2015, for the United States to respond to the Verified Petition of California Bank & Trust pursuant to Title 21, United States Code, Section 853(n) (ECF No. 55).

DATED this 23rd day of June, 2015.

                DANIEL G. BOGDEN
                United States Attorney

                /s/ Daniel D. Hollingsworth
                DANIEL D. HOLLINGSWORTH
                Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:   June 23, 2015