**FILED**

JUL 20 2015

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

1
2
3
4
5

6                       **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )
                                          )
9                     Plaintiff,          )
                                          )
10           v.                           )     2:13-CR-419-JAD-(PAL)
                                          )
11  GERALD KOKOSZKA,                      )
                                          )
12                    Defendant.          )

13         **FINAL ORDER OF FORFEITURE AS TO GERALD KOKOSZKA**

14         This Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1)

15  and (2) and Title 31, United States Code, Section 5317(c)(1) forfeiting property of defendant

16  GERALD KOKOSZKA to the United States of America.  Superseding Criminal Information, ECF

17  No. 46; Plea Agreement, ECF No. 48; Change of Plea, ECF No. 50; Preliminary Order of Forfeiture,

18  ECF No. 52.

19         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P

20  32.2(b)(4)(A) and (B) and Title 31, United States Code, Section 5317(c)(1), that the Preliminary Order

21  of Forfeiture (ECF No. 52), listing the following asset, is final as to defendant GERALD KOKOSKA:

22         $323,118.45 in United States Currency.

23         DATED this 20th day of July, 2015.

24
25
26                                _____
                                  UNITED STATES DISTRICT JUDGE

