DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-419-JAD-(PAL) |
| GERALD KOKOSZKA, | ) **ORDER** |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S MOTION TO EXTEND THE TIME FOR THE UNITED STATES TO RESPOND TO THE VERIFIED PETITION OF CALIFORNIA BANK & TRUST (ECF NO. 55) AND ORDER**
(Third Request)

The United States of America respectfully moves this Court for an Order extending the time for the United States to respond to the Verified Petition of California Bank & Trust Pursuant to Title 21, United States Code, Section 853(n) (ECF No. 55). The deadline for responding to the Petition is August 11, 2015. The United States requests an extension of time to and including August 28, 2015.

The grounds for extending the time are as follows.

Shlomo S. Sherman, counsel for California Bank & Trust, was contacted on August 10, 2015, but he was out of the office and cannot agree or disagree with this extension until August 11, 2015.

The AUSA assigned to file the response to the Petition for this case has a large case load, has been extremely busy addressing forfeiture within a short time frame in other cases, and was unable to complete the response due to family needs.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, August 28, 2015, for the United States to respond to the Verified Petition of California Bank & Trust pursuant to Title 21, United States Code, Section 853(n) (ECF No. 55).

DATED this 10th day of August, 2015.

        DANIEL G. BOGDEN
        United States Attorney

        /s/ Daniel D. Hollingsworth
        DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: August 11, 2015